# Exhibit C



UNITED STATES DEPARTMENT OF EDUCATION

OFFICE OF THE UNDER SECRETARY

August 6, 2019

Honorable Richard J. Durbin
United States Senate
Washington, DC  20510

Dear Senator Durbin:

Thank you for your letter to Secretary Betsy DeVos concerning borrower defense group discharge applications submitted by State attorneys general. Your letter was forwarded to my office, and I am pleased to respond. I am sending an identical response to the cosigners of your letter.

Under the 2016 borrower defense to repayment regulations, it is within the Secretary's discretion to create a group borrower defense discharge process and to define the parameters of the group. As you note, the Department has received several submissions from State attorneys general requesting borrower defense discharge for borrowers in their States. In January 2017, the Department announced a group borrower defense discharge for students who attended the American Career Institute in Massachusetts. The remaining requests for group relief submitted to date by State attorneys general are in various stages of review by the Department.

Thank you again for your inquiry. If you have further concerns, please contact the Department's Office of Legislation and Congressional Affairs at (202) 401-0020.

Sincerely,

Diane Auer Jones
Principal Deputy Under Secretary
Delegated the Duties of Under Secretary