AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

Dunn, et al
*Plaintiff*
v.
Cardona, et al
*Defendant*

Case No. 1:22-cv-10615-LTS

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiffs, Sara Dunn, Cherie Hart, and Brittany Williams

Date: 04/26/2022

*Attorney's signature*

Stuart T. Rossman (BBO #430640)
*Printed name and bar number*

National Consumer Law Center
7 Winthrop Square, 4th Fl
Boston, MA 02110
*Address*

srossman@nclc.org
*E-mail address*

(617) 542-8010
*Telephone number*

(617) 542-8028
*FAX number*