UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SARA DUNN, CHERIE HART, AND BRITTANY WILLIAMS *on behalf of themselves and all others similarly situated*,<br><br>*Plaintiffs*,<br><br>v.<br><br>MIGUEL CARDONA, *in his official capacity as Secretary of the United States Department of Education*,<br>400 Maryland Avenue Southwest<br>Washington, DC 20202,<br><br>AND<br><br>THE UNITED STATES DEPARTMENT OF EDUCATION,<br>400 Maryland Avenue Southwest<br>Washington, DC 20202<br><br>*Defendants*. | Civil Action No. 1:22-cv-10615-WGY<br><br>**NOTICE OF APPEARANCE OF OLIVIA D. WEBSTER** |

Please take notice that by this filing, Olivia D. Webster of the National Student Legal Defense Network enters her appearance as counsel on behalf of plaintiffs Sara Dunn, Cherie Hart, and Brittany Williams.

Dated: April 28, 2022

Respectfully submitted,

*/s/ Olivia D. Webster*
Olivia D. Webster (Colo. Bar # 35867)
NATIONAL STUDENT LEGAL
DEFENSE NETWORK
1015 15th Street NW, Suite 600

1

Washington, DC 20005
(202) 734-7495
libby@defendstudents.org

*Counsel for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 28, 2022, I electronically filed the foregoing Notice of Appearance using the CM/ECF system, which will send notification of such to all counsel of record.

*/s/ Olivia D. Webster*
Olivia D. Webster

Counsel for Plaintiffs